# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO GOMEZ SANCHEZ,<br><br>          Petitioner,<br><br>      v.<br><br>McVAY, Acting Warden,<br><br>          Respondent. | Case No. 1: 23-cv-0209 KES HBK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING CLERK OF COURT TO CLOSE CASE, AND DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY<br><br>Docs. 4, 21 |

Rigoberto Gomez Sanchez is a state prisoner proceeding pro se on his amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his conviction and imposed sentencing enhancements. Doc. 4. The magistrate judge found Petitioner was not entitled to habeas relief on the grounds for relief identified in the amended petition, and recommended the Court deny his petition and decline to issue a certificate of appealability. Doc. 21.

On October 24, 2025, the Court served the findings and recommendations upon all parties and notified them that any objections were due within 14 days. Petitioner filed a Notice of Appeal, which was processed to the Ninth Circuit. Docs. 22-24. On January 27, 2026, the Ninth Circuit found it lacked jurisdiction because "the findings and recommendations are not final or appealable," and sent the appeal to the district court for filing as objections. Doc. 25 at 1; *see also* Doc. 26. In these objections, Petitioner appears to restate his arguments previously made in his first amended petition and reply brief. Doc. 26. Petitioner does not engage with the

1

magistrate judge's analysis or assert any specific objection to the findings and recommendations.

Pursuant to 28 U.S.C. § 636(b)(1), this Court performed a de novo review.  Having carefully reviewed the matter, including petitioner's objections, the Court concludes the findings and recommendations are supported by the record and proper analysis.  Petitioner's objections do not identify any basis to reject the findings and recommendations.

The court finds a certificate of appealability should not issue.  A petitioner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition, and an appeal is allowed only in certain circumstances.  *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003); 28 U.S.C. § 2253.  If a court denies a habeas petition on the merits, it may issue a certificate of appealability only "if jurists of reason could disagree with the district court's resolution of [the petitioner's] constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further."  *Id.* at 327; *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  While a petitioner is not required to prove the merits of his case, he must demonstrate "something more than the absence of frivolity or the existence of mere good faith on his . . . part."  *Miller-El*, 537 U.S. at 338.  In the present case, reasonable jurists would not find the determination that the petition should be denied debatable or wrong, or that Petitioner should be allowed to proceed further.

The court **ORDERS**:

1.     The Findings and Recommendations issued on October 24, 2025 (Doc. 21), are **ADOPTED** in full.

2.     The first amended petition for writ of habeas corpus (Doc. 4) is **DENIED**.

3.     The Court declines to issue a certificate of appealability.

4.     The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:    March 30, 2026

_____
UNITED STATES DISTRICT JUDGE

2